MARY A. BLANCK, Respondent, *v.* CHARLES M. PRESTON, as Receiver of NEW YORK BUILDING-LOAN BANKING COMPANY, Appellant.

*Blanck* v. *Preston,* 113 App. Div. 911, affirmed.
(Argued March 1, 1907; decided March 15, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 7, 1906, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract.

*Alfred Hayes, Jr.,* and *Charles W. Dayton, Jr.,* for appellant.

*Edgar V. Frothingham* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.